UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| WILLIAM GREGG, | ) | C/A No.: 4:15-cv-4318-DCN-TER |
| Petitioner, | ) | |
| vs. | ) | **ORDER** |
| ROBERT M. STEVENSON, | ) | |
| Respondent. | ) | |

In Ground One of the habeas petition, it appears Petitioner is raising an issue regarding lack of a direct appeal. Petitioner is attempting to raise this issue under a Martinez v. Ryan, 132 S. Ct. 1309 (2012) review. Respondent shall submit a supplemental brief on this issue on or before Friday, July 19, 2019.

IT IS SO ORDERED.

July 10, 2019
Florence, South Carolina

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge